WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Bennett Laquan Williams, | No. CV-18-02274-PHX-MTL (DMF) |
| Plaintiff, | **ORDER** |
| v. | |
| Betty Ulibarri, | |
| Defendant. | |

On April 23, 2020, the Court referred this case for a telephonic settlement conference to be conducted within 120 days (Doc. 56). The settlement Magistrate Judge set a telephonic settlement conference for August 13, 2020 and ordered that the parties timely submit a Confidential Settlement Statement and a contact phone number for Defendant (Doc. 62 at 2). The settlement Magistrate Judge advised the parties that "[s]anctions may result, including possible dismissal of the case, if a party fails to: …[t]imely submit the Confidential Settlement Statement attached hereto; OR [c]omply with any other portion of this order." (Id.)  The Order (Doc. 62) was mailed to each party at his/her address of record. Mail was not returned to the Court, and the parties may be deemed to have received the Order. On May 20. 2020, the settlement Magistrate Judge reset the settlement conference to July 16, 2020 due to availability of a courtroom in which a telephonic, pro se settlement conference could be facilitated with the Arizona Department of Corrections (Doc. 65). The settlement Magistrate Judge ordered that Confidential

Settlement Statements and a contact phone number for the Defendant must be received no later than July 9, 2020 and affirmed the remainder of its prior Order (Doc. 65 at 2). The Order amending the date of the settlement conference was again mailed to the parties at their addresses of record. Mail was not returned to the Court, and the parties may be deemed to have received the amended Order.

The settlement Magistrate Judge has not received Confidential Settlement Statements from either party or telephonic contact information from the Defendant as ordered. The time for timely submitting the Confidential Settlement Statements and telephonic contact information has passed.

**IT IS ORDERED** vacating telephonic settlement conference set for July 16, 2020.

**IT IS FURTHER ORDERED** that each party show cause no later than **July 27, 2020** why sanctions, including dismissal of the case, should not be imposed for failure to comply with the settlement Magistrate Judge's Orders (Docs. 62, 65).

Dated this 13th day of July, 2020.

Honorable Eileen S. Willett
United States Magistrate Judge

cc: Warden
Arizona State Prison Complex-Eyman
Meadows Unit
Re: Bennett Laquan Williams #190857
P.O. Box 3300
Florence, Arizona 85132